**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROSE MARY RAWLS, ET AL.,**<br>Plaintiffs**,**<br>vs.<br>**WELLS FARGO, N.A.,**<br>Defendant**.** | CASE NO. 18-cv-01405-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE OR FILE CASE MANAGEMENT STATEMENT; SETTING COMPLIANCE HEARING; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

**TO PLAINTIFFS ROSE MARY RAWLS, JOHN M. RAWLS, AND CARMELA FOURNIER:**

You are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow the Federal Rules of Civil Procedure and this Court's Civil Local Rules.

Plaintiffs filed the present lawsuit on March 2, 2018. Plaintiffs have not yet filed proof of service upon defendant Wells Fargo, N.A., and have not filed a case management statement in advance of the initial case management conference set for June 11, 2018 at 2:00 p.m. (Dkt. No. 13.)

Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve defendant with a summons and complaint within 90 days from the date the lawsuit was filed, or May 31, 2018. Pursuant to Civil Local Rules 16-2(a) and 16-9, plaintiffs were required to serve a copy of the order setting the initial case management conference and to file a joint or separate case management statement no less than seven days prior to that conference.

The Court hereby **SETS** a compliance hearing for **June 22, 2018**, on the Court's **9:01 a.m.** calendar, United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **June 15, 2018**, plaintiffs must file: (1) proof of service of the complaint upon defendant; or (2) a motion for additional time in which to serve defendant, explaining good cause reasons for

failure to serve defendant within the required time.

If plaintiffs fail to comply with this order timely, the Court will dismiss this action for failure to prosecute.

If plaintiffs timely file the proof of service or motion for additional time, the Court may vacate the compliance hearing and no personal appearance will be required.

The case management conference currently set for June 11, 2108 is **Continued** to **August 27, 2018** at **2:00 p.m.**, United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**It Is So Ordered.**

Dated: June 6, 2018

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**